PD-1071-15

No. _____

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

DANIEL C. RODRIGUEZ,
   APPETITIONER,

V.

STATE OF TEXAS
   RESPONDENT,

§
§
§
§
§
§

FIRST COURT OF APPEALS
NO. 03-13-00778-CR
APPEAL FROM 351ST DISTRICT
COURT, HARRIS COUNTY, TEXAS
T.C. NO. 1380317

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME TO FILE
PRO SE MOTION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, DANIEL C. RODRIGUEZ, PETITIONER IN THE ABOVE NUMBERED AND STYLED CAUSE AND REQUESTS AN EXTENSION OF 90-DAYS TO PREPARE AND FILE HIS PETITION FOR DISCRETIONARY REVIEW.

ON JULY 28, 2015, THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS, ENTERED ITS MEMORANDUM OPINION AFFIRMING THE TRIAL COURTS JUDGEMENT. PETITION IS CURRENTLY DUE ON OR ABOUT AUG. 29, 2015. PETITIONER IS AN INDIGENT PRO SE LITIGANT AND HAS PETITIONED THE FIRST COURT OF APPEALS TO CHECK THE TRIAL RECORD OUT, FOR USE IN PREPARING PETITION.

PETITIONER PRAYS THE COURT OF CRIMINAL APPEALS GRANTS HIM AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW.

RESPECTFULLY SUBMITTED.

Daniel Rodriguez

DANIEL C. RODRIGUEZ #1869538
C.T. TERRELL UNIT
1300 FM 655
ROSHARON, TX 77583

1.

## CERTIFICATE OF SERVICE

I, DANIEL G. RODRIGUEZ, CERTIFY THAT A TRUE AND CORRECT COPY OF THIS MOTION HAS BEEN FORWARDED TO THE STATE'S PROSECUTING ATTORNEY, (AT AUSTIN), P.O. BOX 13046, AUSTIN, TX 78711, VIA U.S. MAIL-FIRST CLASS POSTAGE PREPAID, ON THIS THE 15TH DAY OF AUG. 2015.

x Daniel Rodriguez

## UNSWORN DECLARATION

I, DANIEL G. RODRIGUEZ, TDCT-ID NO. 1869538, BEING PRESENTLY INCARCERATED IN TERRELL UNIT, TDCT.-ID. IN BRAZORIA COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION STATED HEREIN IS TRUE AND CORRECT.

EXECUTED ON THIS THE 15TH DAY OF AUGUST, 2015

x Daniel Rodriguez